Filed          25-CI-00220 07/07/2025          Tony Kerr, Russell Circuit Clerk

NOT ORIGINAL

05/20/2026 01:26:09

91971

DOCUMENT

PM

COMMONWEALTH OF KENTUCKY
RUSSELL CIRCUIT COURT
DIVISION __
CIVIL ACTION NO. _____

*ELECTRONICALLY FILED*

MATTHEW CREAGER                                                    PLAINTIFF

V.

CUMBERLAND SMI OPCO, LLC d/b/a STATE DOCK MARINA;          DEFENDANTS

STATE DOCK F&B, LLC d/b/a STATE DOCK MARINA;

CUMBERLAND SMI, LLC d/b/a STATE DOCK MARINA;

SMI TRS OPCO, LLC d/b/a STATE DOCK MARINA;

CUMBERLAND SMI OPCO SERIES, LLC d/b/a STATE DOCK MARINA;

SUNTEX MARINA INVESTORS, LLC d/b/a STATE DOCK MARINA;

Serve:
Cumberland SMI OpCo, LLC, et al. (each)
Corporation Service Company
421 West Main Street
Frankfort, KY 40601

and

KYLE HELM, General Manager of State Dock Marina
State Dock Marina
6365 State Park Road
Jamestown, KY 42629

**COMPLAINT**

Comes now the Plaintiff, Matt Creager (hereinafter "Plaintiff" or "Mr. Creager"),

by counsel, and for his Complaint and causes of action against the above-named

Defendants (collectively "State Dock") states as follows:

**PARTIES, JURISDICTION AND VENUE**

Presiding Judge: HON. SARA BETH GREGORY (657449)

COM : 000001 of 000006

**EXHIBIT A**

Filed          25-CI-00220 07/07/2025          Tony Kerr, Russell Circuit Clerk

NOT ORIGINAL

DOCUMENT

05/20/2026 01:26:09

PM

91971

1. Mr. Creager is, and was at all times relevant hereto, a citizen and resident of the Commonwealth of Kentucky.

2. Defendants Cumberland SMI OpCo, LLC; State Dock F&B, LLC; Cumberland SMI, LLC; SMI TRS OpCo, LLC; Cumberland SMI OpCo Series, LLC; and Suntex Marina Investors, LLC are foreign business entities authorized to conduct business in Kentucky. Each conducts business at State Dock Marina, 6365 State Park Road, Jamestown, Russell County, Kentucky, and designates Corporation Service Company, 421 West Main Street, Frankfort, Kentucky 40601, as its registered agent for service of process.

3. Defendant Kyle Helm was, at all times relevant hereto, a resident of Kentucky who acted as the General Manager of State Dock Marina in Jamestown, Kentucky, and may be served at 6365 State Park Road, Jamestown, Kentucky 42629.

4. Venue is proper in Russell Circuit Court under KRS 452.450 because the negligent acts and omissions giving rise to this action occurred in Russell County, Kentucky.

5. The amount in controversy exceeds the jurisdictional limits of this Court.

### FACTS

6. On or about August 3, 2024, Mr. Creager was an invitee aboard a houseboat rented from State Dock Marina by a friend for social recreation on Lake Cumberland.

7. The rental houseboat included a recreational slide affixed to the upper deck. Access to the slide was through an entrance area surfaced with smooth fiberglass/gel-coat decking.

8. The upper-deck surface immediately surrounding the slide entrance was unreasonably slippery when wet, was not constructed of non-skid material, lacked any

Presiding Judge: HON. SARA BETH GREGORY (657449)

COM : 000002 of 000006

Filed          25-CI-00220 07/07/2025          Tony Kerr, Russell Circuit Clerk

**EXHIBIT A**

Filed          25-CI-00220 07/07/2025          Tony Kerr, Russell Circuit Clerk

NOT ORIGINAL

05/20/2026 01:26:09

91971

DOCUMENT

PM

non-skid treatment, texture, grip tape, or other traction-enhancing measures, and bore no visible warnings advising users of the slip hazard.

9. Defendants knew or, in the exercise of ordinary care, should have known that water from swimmers, spray from the slide, and natural dew routinely wetted that surface, creating a foreseeable slip hazard for patrons using the slide.

10. Despite this knowledge, Defendants failed to design, construct, maintain, inspect, or modify the surface to eliminate or mitigate the hazard and failed to post warnings advising invitees of the danger.

11. While attempting to approach and use the slide, Mr. Creager stepped on the slick surface, lost traction, and violently fell, striking the deck and adjacent railing.

12. Mr. Creager sustained severe injuries, including but not limited to multiple fractures and internal trauma, necessitating emergent life-flight evacuation for surgical intervention, extensive hospitalization, subsequent operative procedures, lengthy rehabilitation, permanent impairment, and loss of income.

13. The unreasonably dangerous condition of the slick deck surface was not open or obvious to Mr. Creager under the circumstances and presented a concealed trap which Defendants had a duty to remedy or adequately warn against.

### COUNT I – NEGLIGENCE – STATE DOCK ENTITIES

14. Plaintiff incorporates by reference Paragraphs 1–13 as if fully restated herein.

15. Defendants owed Mr. Creager, an invitee, the highest duty of care to maintain their premises—including rented houseboats—in a reasonably safe condition, to inspect for hazards, to correct hazards, and to warn invitees of any latent or concealed dangers.

16. Defendants breached these duties by, *inter alia*:

Presiding Judge: HON. SARA BETH GREGORY (657449)

COM : 000003 of 000006

Filed          25-CI-00220 07/07/2025          Tony Kerr, Russell Circuit Clerk

**EXHIBIT A**

Filed          25-CI-00220 07/07/2025          Tony Kerr, Russell Circuit Clerk

NOT ORIGINAL

DOCUMENT

PM

05/20/2026 01:26:09

91971

a. Failing to install or maintain a non-skid or otherwise slip-resistant surface around the slide entrance;

b. Failing to apply non-skid treatments, mats, grip tape, or similar safety measures;

c. Failing to post conspicuous warnings of the slippery condition;

d. Failing to conduct reasonable inspections and maintenance to identify and correct the hazard; and

e. Allowing invitees to use the slide area with knowledge of the unreasonable risk of slipping and falling.

17. Defendants' breaches constitute negligence and were substantial factors in causing Mr. Creager's fall and resulting injuries.

### COUNT II – NEGLIGENCE – KYLE HELM, GENERAL MANAGER

18. Plaintiff incorporates by reference Paragraphs 1–17.

19. As General Manager, Defendant Helm was responsible for the safety, inspection, maintenance, and supervision of State Dock's rental fleet and owed invitees the duties described above.

20. Defendant Helm breached those duties by failing to ensure the subject houseboat's slide-entrance deck was reasonably safe or adequately warned. His negligent acts and omissions were substantial factors in causing Plaintiff's injuries.

### COUNT III – *RESPONDEAT SUPERIOR*

21. Plaintiff incorporates by reference Paragraphs 1–20.

22. At all relevant times, Defendant Helm and any other employees and/or agents of the Defendant corporations acted within the course and scope of their employment for the

Presiding Judge: HON. SARA BETH GREGORY (657449)

COM : 000004 of 000006

Filed          25-CI-00220 07/07/2025          Tony Kerr, Russell Circuit Clerk

**EXHIBIT A**

Filed          25-CI-00220 07/07/2025          Tony Kerr, Russell Circuit Clerk

NOT ORIGINAL

05/20/2026 01:26:09

91971

State Dock entities; therefore, said corporate Defendants are vicariously liable for their negligent acts and omissions.

## COUNT IV – DAMAGES

23. Defendants' negligence was a substantial factor in causing the following damages to Mr. Creager:

a. Past and future medical expenses, including emergency air transport, surgeries, hospitalization, rehabilitation, and related care;

b. Past and future physical and mental pain and suffering;

c. Permanent impairment, loss of range of motion, and loss of enjoyment of life;

d. Lost wages and diminished earning capacity;

e. Scarring, disfigurement, and inconvenience;

f. Increased risk of future complications; and

g. All other actual, consequential, and incidental damages recoverable under Kentucky law.

## COUNT V – PUNITIVE DAMAGES

24. Plaintiff incorporates by reference Paragraphs 1–23.

25. Defendants acted with gross negligence, reckless disregard, and conscious indifference to the safety of invitees, warranting the imposition of punitive damages pursuant to KRS 411.184 and applicable law.

26. Any actions of Defendants' employees and/or agents were within the course and scope of their employment and/or agency, and were authorized, ratified, or should have been anticipated by the Defendants.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Matt Creager respectfully demands:

Presiding Judge: HON. SARA BETH GREGORY (657449)

COM : 000005 of 000006

Filed          25-CI-00220 07/07/2025          Tony Kerr, Russell Circuit Clerk

EXHIBIT A

Filed        25-CI-00220 07/07/2025        Tony Kerr, Russell Circuit Clerk

NOT ORIGINAL

05/20/2026 01:26:09

91971

A. Trial by jury;

B. Judgment against all Defendants, jointly and severally, for compensatory damages in an amount that fairly and reasonably compensates Plaintiff for the injuries and losses described herein;

C. An award of punitive damages against all Defendants;

D. Pre-judgment and post-judgment interest as allowed by law;

E. Plaintiff's costs, expenses, and reasonable attorneys' fees incurred herein; and

F. Any and all other relief to which Plaintiff may appear entitled.

Respectfully submitted,

*/s/ David Bryce Barber*
David Bryce Barber | KY Bar No.: 85530
THOMAS LAW OFFICES, PLLC
9418 Norton Commons Blvd., Ste. 200
Louisville, KY 40059
(502) 819-3375
David.Barber@ThomasLawOffices.com
**Counsel for Plaintiff**

Presiding Judge: HON. SARA BETH GREGORY (657449)

COM : 000006 of 000006

Filed        25-CI-00220 07/07/2025        Tony Kerr, Russell Circuit Clerk

**EXHIBIT A**