# Certification

I,

As a duly authorized individual retained by

and entrusted to procure materials from the administrative system of record
from which this copy was produced, based upon information and belief;
certify under the penalty of perjury that the attached copy of the
Declaration and or Policy pages of policy number
was made at or near the time of this certification, is a true and accurate
copy of that which has been kept in the normal course of business.



03066000232015

Prepared on August 5, 2024     Page 1 of 2

# Your Revised Policy

**Your bill is sent separately.**
**Pleasure Boatowners Policy**
Policy Period: Aug 2, 2024 - Feb 22, 2025
Policy Number: **9247BT000411**

David Ryan Creager
200 C and O Dam Rd
Daniels WV 25832-9616

**What's enclosed** ——

✓ **Declarations** - These pages show **your coverages** under this policy.
Carefully review these details and see **How to Contact Us** below if you have questions or want to make changes.

✓ **Insurance Documents** - Please keep these documents for future reference.

**How to Contact Us**
Your Nationwide Agent         Rick Allen Ins Agency LLC 1.304.252.1660
Customer Service              1.304.252.1660
Internet                      Nationwide.com
24-Hour Claims Reporting      1.800.421.3535
Hearing Impaired (TTY)        1.800.622.2421

A 2001 07 16

**Important Reminders from Nationwide**

**Nationwide®**
is on your side

## NOTES:

An additional premium of $ 19.33 is for recent policy change(s).



A 2001 07 16



Prepared on  August 5, 2024                    Page 1 of 6

# Your Policy Declarations
## Nationwide Pleasure Boatowners Policy
Policy Period: Aug 2, 2024 -  Feb 22, 2025
Policy Number:  **9247BT000411**

**Policyholder (Named Insured):**
David Ryan Creager
200 C and O Dam Rd
Daniels WV 25832-9616

**Keep these Declarations for your records.**

---

## General Policy Information

**Issued: August 5, 2024**
These Declarations are a part of the policy named above and identified by the policy number above. They supersede any Declarations issued earlier.  Your policy provides the coverages and limits shown in the schedule of coverages. They apply to each insured watercraft as indicated.

**Policy Period:  August 2, 2024 - February 22, 2025** but only if the required premium for this period has been paid and only for twelve month renewal periods if renewal premiums have been paid as required. This policy is initially effective at (1) the time the application for insurance is completed, or (2) 12:01 a.m. on the first day of the policy period, whichever is later. Each renewal period begins and ends at 12:01 a.m. standard time at the address of the named insured stated herein. This policy expires at 12:01 a.m. at the address of the named insured stated herein.

**Where to access your policy documents**

In order to view, print, or save your policy documents that do not contain personally identifiable information, go to www.nationwide.com/insurancecontracts on your Internet browser and enter your policy number. You can get hard copies of your documents mailed or emailed to you free of charge by calling the customer service number on the bottom of this document. Please note that any policy documents containing personally identifiable information are not available for online viewing, unless you have registered for online account access.  Go to www.nationwide.com/signup to create an account.

Your carrier is Nationwide Mutual Insurance Company, NAIC  #23787.

---

## Changes Made to Your Policy

- **Effective August 02, 2024**
- 1994 CONCORD BOATS MACH III GT
- Added On-Water Towing

## Premium Summary and Other Charges

| | | |
|---|---|---:|
| 1998 Sea-Doo Gsx 5629 Limited | $ | 205.98 |
| 1997 Sea-Doo Gtx 5642 | $ | 197.78 |
| 1994 Concord Boats Mach Iii Gt | $ | 302.23 |
| 2000 Bennington Marine 2075lx | $ | 152.34 |
| **Total Policy Premium** | **$** | **858.33** |

---

## How You Saved on this Policy with Nationwide

- Claim Free Renewal
- Multi-Boat
- Homeowner
- Multi-Line
- Intra Agency Transfer
- Prior Insurance



B 9025 04 18

Continued on the next page

Prepared on  August 5, 2024

Page 2 of 6



## Your Policy Declarations
### Nationwide Pleasure Boatowners Policy
Policy Period: Aug 2, 2024 -  Feb 22, 2025
Policy Number: **9247BT000411**

For coverage definitions and descriptions,
visit Nationwide.com

## Rated Driver(s)

| Name | Date of Birth | Marital Status |
|---|---|---|
| David R  Creager | 11/16/83 | Married |
| Kristen D  Creager | 09/12/85 | Married |
| Susan  Creager | 08/26/56 | Divorced |
| Kaitlyn P  Repass | 01/07/88 | Married |
| Adam W  Repass | 11/20/89 | Married |

## Insured Vehicle(s) and Schedule of Coverages

### Vehicle #    1

| Yr | Make | Model | Boat Type | Mtr Type | Total HP | Length | Hull ID/Serial Number | Rating Unit | Includes Mtr | Trlr |
|---|---|---|---|---|---|---|---|---|---|---|
| 2000 | Bennington Marine | 2075lx | PONTOON | OB | 50 | 20FT 4 IN | ETW05198J900 | $4,350 | Y | N |

| Coverages | Limits of Liability | | | Premium | |
|---|---|---|---|---|---|
| Bodily Injury Liability | $ | 250,000 | Each Person | $ | 27.73 |
| | $ | 500,000 | Each Occurrence | | |
| Property Damage Liability | $ | 100,000 | Each Occurrence | $ | 2.19 |
| Medical Payments | $ | 5,000 | Each Person | $ | 11.58 |
| Uninsured/Underinsured Boaters Bodily Injury | $ | 100,000 | Each Person | $ | 19.74 |
| | $ | 300,000 | Each Occurrence | | |
| | | | See Endorsement | | |
| Comprehensive | | | Actual Cash Value Less $250 | $ | 54.58 |
| Collision | | | Actual Cash Value Less $250 | $ | 36.52 |
| Named/Numbered Storm Deductible - The Greater Of The Policy Comprehensive Deductible, $1000, OR 5% Of Rating Unit. | | | | | |

| | | |
|---|---|---|
| **Total for this Vehicle** | $ | 152.34 |

## Insured Vehicle(s) and Schedule of Coverages (continued)

### Vehicle #    2

| Yr | Make | Model | Boat Type | Mtr Type | Total HP | Length | Hull ID/Serial Number | Rating Unit | Includes Mtr | Trlr |
|---|---|---|---|---|---|---|---|---|---|---|
| 1994 | Concord Boats | Mach Iii Gt | RUNABOUT | IO | 300 | 20FT 3 IN | CKL94847G394 | $8,416 | N | Y |

| Coverages | Limits of Liability | | | Premium | |
|---|---|---|---|---|---|
| Bodily Injury Liability | $ | 250,000 | Each Person | $ | 27.33 |
| | $ | 500,000 | Each Occurrence | | |
| Property Damage Liability | $ | 100,000 | Each Occurrence | $ | 2.15 |
| Medical Payments | $ | 5,000 | Each Person | $ | 11.41 |

Continued on the next page



# Your Policy Declarations
## Nationwide Pleasure Boatowners Policy
Policy Period: Aug 2, 2024 -  Feb 22, 2025
Policy Number: **9247BT000411**

## Insured Vehicle(s) and Schedule of Coverages (continued)

| Coverages | Limits of Liability | | Premium | |
|---|---|---|---|---|
| Uninsured/Underinsured Boaters Bodily Injury | $ | 100,000 | Each Person | $ | 19.74 |
| | $ | 300,000 | Each Occurrence | | |
| | | | See Endorsement | | |
| Comprehensive | | | Actual Cash Value Less $250 | $ | 84.26 |
| Collision | | | Actual Cash Value Less $250 | $ | 122.76 |
| Named/Numbered Storm Deductible - The Greater Of The Policy Comprehensive Deductible, $1000, OR 5% Of Rating Unit. | | | | | |
| On-Water Towing | $ | 1,000 | Each Occurrence | $ | 34.58 |

Total for this Vehicle  $     302.23

## Insured Vehicle(s) and Schedule of Coverages (continued)

### Vehicle #     3

| Yr | Make | Model | Boat Type | Mtr Type | Total HP | Length | Hull ID/Serial Number | Rating Unit | Includes Mtr | Trlr |
|---|---|---|---|---|---|---|---|---|---|---|
| 1997 | Sea-Doo | Gtx 5642 | PERSONALWATERCRAFT | JT | 110 | 10FT 3 IN | ZZNE4006B797 | $3,350 | N | Y |

| Coverages | Limits of Liability | | | Premium | |
|---|---|---|---|---|---|
| Bodily Injury Liability | $ | 250,000 | Each Person | $ | 52.87 |
| | $ | 500,000 | Each Occurrence | | |
| Property Damage Liability | $ | 100,000 | Each Occurrence | $ | 4.15 |
| Medical Payments | $ | 5,000 | Each Person | $ | 24.19 |
| Uninsured/Underinsured Boaters Bodily Injury | $ | 100,000 | Each Person | $ | 20.47 |
| | $ | 300,000 | Each Occurrence | | |
| | | | See Endorsement | | |
| Comprehensive | | | Actual Cash Value Less $250 | $ | 44.74 |
| Collision | | | Actual Cash Value Less $250 | $ | 51.36 |
| Named/Numbered Storm Deductible - The Greater Of The Policy Comprehensive Deductible, $1000, OR 5% Of Rating Unit. | | | | | |

Total for this Vehicle  $     197.78

## Insured Vehicle(s) and Schedule of Coverages (continued)

### Vehicle #     4

| Yr | Make | Model | Boat Type | Mtr Type | Total HP | Length | Hull ID/Serial Number | Rating Unit | Includes Mtr | Trlr |
|---|---|---|---|---|---|---|---|---|---|---|
| 1998 | Sea-Doo | Gsx 5629 Limited | PERSONALWATERCRAFT | JT | 130 | 8FT 10 IN | ZZNJ2753F798 | $2,741 | N | Y |

Continued on the next page



Prepared on  August 5, 2024

Page 4 of 6

# Your Policy Declarations
## Nationwide Pleasure Boatowners Policy
Policy Period: Aug 2, 2024 -  Feb 22, 2025
Policy Number: **9247BT000411**

## Insured Vehicle(s) and Schedule of Coverages (continued)

| Coverages | Limits of Liability | | | Premium | |
|---|---|---|---|---|---|
| Bodily Injury Liability | $ | 250,000 | Each Person | $ | 52.87 |
| | $ | 500,000 | Each Occurrence | | |
| Property Damage Liability | $ | 100,000 | Each Occurrence | $ | 4.15 |
| Medical Payments | $ | 5,000 | Each Person | $ | 24.19 |
| Uninsured/Underinsured Boaters Bodily Injury | $ | 100,000 | Each Person | $ | 20.47 |
| | $ | 300,000 | Each Occurrence | | |
| | | | See Endorsement | | |
| Comprehensive | | Actual Cash Value Less $250 | | $ | 47.69 |
| Collision | | Actual Cash Value Less $250 | | $ | 56.61 |
| Named/Numbered Storm Deductible - The Greater Of The Policy Comprehensive Deductible, $1000, OR 5% Of Rating Unit. | | | | | |

**Total for this Vehicle**   $   205.98

## Policy Level Schedule of Coverages

| Coverages | Limits of Liability | | Premium |
|---|---|---|---|
| Vanishing Deductible Feature | $   300 | Deductible Credit | Included |
| | | See Endorsement | |

## Motor Information

| Vehicle# | Year | Make | Model | Serial Number | Total HP |
|---|---|---|---|---|---|
| 1 | 2000 | Johnson | J50pl | | 50 |

## Trailer Information

| Vehicle# | Year | Make | Model | Serial Number |
|---|---|---|---|---|
| 1 | 1994 | Oklahoma Trailers | 17-21 | Unkown |
| 2 | 1998 | SEA-DO | Jet Ski | Unkown |
| 3 | 1997 | SEA-DOO | Jet Ski | Unkown |

## Policy Form and Endorsements

| B 9000 04 18 | Your Pleasure Boatowners Policy |
|---|---|
| B 9147 04 18 | Special Provisions - West Virginia |
| B 9605 04 18 | On Water Towing Coverage |
| B 9610 04 18 | Vanishing Deductible |

Continued on the next page

Prepared on  August 5, 2024

Page 5 of 6


**Nationwide®**
is on your side

# Your Policy Declarations

## Nationwide Pleasure Boatowners Policy

Policy Period: Aug 2, 2024 -  Feb 22, 2025
Policy Number: **9247BT000411**

**For Office Use Only:**
Terr: 001

**Issued By:** Nationwide Mutual Insurance Company

**How to Contact Us**

| | |
|---|---|
| Your Nationwide Agent | **Rick Allen Ins Agency LLC 1.304.252.1660** |
| Customer Service | **1.304.252.1660** |
| Internet | **Nationwide.com** |
| 24-Hour Claims Reporting | **1.800.421.3535** |
| Hearing Impaired (TTY) | **1.800.622.2421** |

0306000232046



This page intentionally blank





Your
Nationwide®
# Pleasure Boatowners Policy



Nationwide Insurance Companies, Home Office: One Nationwide Plaza, Columbus, Ohio 43215-2220



**Your Nationwide Pleasure
Boatowners Policy**

# TABLE OF CONTENTS

Page

**AGREEMENT**..................................................................................................................................3

**DEFINITIONS** .................................................................................................................................3

**PART A — LIABILITY COVERAGE** ........................................................................................6

   COVERAGE AGREEMENT
   COVERAGE EXCLUSIONS
   LIMITS AND CONDITIONS OF PAYMENTS

**PART B — MEDICAL PAYMENTS COVERAGE** ................................................................10

   COVERAGE AGREEMENT
   COVERAGE EXCLUSIONS
   LIMITS AND CONDITIONS OF PAYMENTS

**PART C — UNINSURED/UNDERINSURED BOATER COVERAGE** ................................12

   COVERAGE AGREEMENT
   COVERAGE EXCLUSIONS
   LIMITS AND CONDITIONS OF PAYMENTS

**PART D — PHYSICAL DAMAGE COVERAGE** ...................................................................16

   COVERAGE AGREEMENT
   COVERAGE EXTENSIONS
   COVERAGE EXCLUSIONS
   LIMITS AND CONDITIONS OF PAYMENT— LOSS SETTLEMENT

**PART E — DUTIES AFTER AN ACCIDENT OR LOSS**.......................................................20

**PART F — GENERAL PROVISIONS** .....................................................................................21

   HOW YOUR POLICY MAY BE CHANGED .....................................................................21
   POLICY PERIOD AND TERRITORY .................................................................................22
   CANCELLATION ...................................................................................................................22
   NONRENEWAL ......................................................................................................................22
   OTHER TERMINATION PROVISIONS .............................................................................22
   AUTOMATIC TERMINATION ............................................................................................22
   IF YOU BECOME BANKRUPT ..........................................................................................23
   FRAUD AND MISREPRESENTATION ..............................................................................23
   LEGAL ACTION LIMITATIONS.........................................................................................23
   SUBROGATION ....................................................................................................................23
   ASSIGNABILITY....................................................................................................................23
   JOINT AND INDIVIDUAL INTERESTS ............................................................................24
   TWO OR MORE BOATOWNERS POLICIES....................................................................24
   DIVIDENDS............................................................................................................................24
   NON-SUFFICIENT FUNDS AND LATE PAYMENT CHARGES ...................................24
   APPLICABLE CONTRACT LAW .......................................................................................24
   INTEREST RATE....................................................................................................................24
   BENEFITS...............................................................................................................................24
   MUTUAL POLICY CONDITIONS.......................................................................................25

**B 9000 04 18**

*Includes copyrighted material of Insurance Services Office, Inc. with its permission.*
*Nationwide, the Nationwide N and Eagle and Nationwide is on your side are service marks of Nationwide Mutual
Insurance Company. ©2015 Nationwide*

THIS PAGE INTENTIONALLY LEFT BLANK



## PLEASURE BOATOWNERS POLICY

### AGREEMENT

In return for payment of premiums and fees in amounts we require and subject to all of the terms and conditions of this policy, we agree to provide the coverages shown in the enclosed **Declarations**, which are also part of this policy contract. The selected coverages in this policy apply only to occurrences while this policy is in force.

### DEFINITIONS

Throughout the policy, the following words, shown below in uppercase, are used frequently and are not bolded:

**A.** Throughout this policy, "YOU" and "YOUR" refer to:

  **1.** The named insured shown in the **Declarations**;

  **2.** The spouse if a resident of the same household;

  **3.** The civil partner of the named insured by Civil Union or Registered Domestic Partnership filed and recognized by the state if a resident of the same household; or

  **4.** A **Domestic partner**.

If the spouse or civil partner who has entered into a Civil Union or Registered Domestic Partnership with the named insured ceases to be a resident of the same household during the policy period or prior to the inception of this policy, the spouse or civil partner will be considered "you" and "your" under this policy but only until the earlier of:

  **1.** The end of 90 days following the spouse's or civil partner's change of residence;

  **2.** The effective date of another policy listing the spouse or civil partner as a named insured; or

  **3.** The end of the policy period.

**B.** "WE", "US", "OUR", and "THE COMPANY" mean or refer to the company issuing the policy.

Throughout the policy, the following defined words in quotation marks are shown in bold print when used:

**C.** "ACCIDENT" means a sudden event or continued or repeated exposure to the same conditions that results in **loss**, **bodily injury**, **property damage**, or covered reimbursement.

**D.** "BODILY INJURY" means bodily harm, sickness or disease, including resulting care, loss of services and death. **Bodily injury** does not include emotional distress, mental anguish, humiliation, mental distress or injury, or any similar injury unless the direct result of bodily harm.

**E.** "BUSINESS USE" means any use of an **insured watercraft** for which an **insured** receives, or intends to receive, money or other economic benefits. It does not include:

  **1.** Sharing operating costs of a trip with guests;

  **2.** Occasional entertaining of business associates, clients, or prospective clients, provided these associates or clients are under no obligation to pay for the entertainment;

  **3.** Receiving prizes from participation in sailboat races, waterskiing tournaments, wakeboard tournaments or fishing tournaments, provided no other money or other economic benefit is received from a sponsor or advertiser; and

  **4.** Receiving incidental prizes from raffles, winning-card-hands, recognition contests, or door prizes during organized boating activities.

**F.** "DECLARATIONS" means the portion of the insurance contract that includes, but is not limited to:

B 9000 04 18                                    **Page 3 of 26**

*Includes copyrighted material of Insurance Services Office, Inc. with its permission.*



1. The named insured's name and address;
2. The policy number and policy period;
3. The coverages, limits of liability, and premiums selected;
4. The description of the **insured watercraft**; and
5. The name of the insurance company.

G. "DEPRECIATION" means the decline in value of property due to its age, condition, wear and tear, weathering, or obsolescence.

H. "DOMESTIC PARTNER" means a person living with you and sharing a common domestic life and whose relationship resembles a mutually exclusive partnership such as that of a marriage, and who:

1. Is at least 18 years of age and capable of entering into a legal contract;
2. Is not a **family member**; and
3. Shares with you financial interdependence and common residence. Evidence of such includes, but is not limited to:
   a. Joint domestic responsibility for the maintenance of the household;
   b. Having joint financial obligations, resources or assets;
   c. Documents such as a driver's license, tax returns or bills showing a common address for both parties
   d. Both parties receiving mail at the same address; and
   e. A declaration of domestic partnership with that person or a similar declaration about that person with an employer or a government entity.

   A **domestic partner** does not include more than one person, a roommate or a housemate whether sharing expenses equally or not, or one who pays rent to the named insured.

I. "FAMILY MEMBER" means a person who regularly resides with an **insured** in the same household and who is related to that **insured** by blood, marriage or adoption, including a ward or foster child.

J. "INSURED" means any person described as entitled to protection under each coverage of the policy.

K. "INSURED WATERCRAFT" means:

1. Any **watercraft** you own that is identified in the **Declarations**; and
2. Any eligible **newly acquired watercraft**.

**Insured watercraft** also includes:

1. Main propulsion engine(s) and motor(s), and all permanently attached parts and equipment;
2. Customary portable items and equipment carried aboard the **insured watercraft** for communication, navigation, routine maintenance, or safety;
3. Any electric trolling motor carried aboard the **insured watercraft**;
4. Any spare outboard motor under 25 horsepower carried aboard the **insured watercraft** for emergency use;
5. Any tender (dinghy) under 12 feet in length with oars or an outboard motor less than 10 horsepower that is primarily used to transport people or supplies to and from the **insured watercraft**;
6. Any boat trailer you own that is identified in the **Declarations** and used to transport an **insured watercraft** on public roads; and

**B 9000 04 18**　　　　　　　　　　　　　　　　　　　　　　　　**Page 4 of 26**

*Includes copyrighted material of Insurance Services Office, Inc. with its permission.*



7. Any boat trailer owned by you for less than 30 days and used to transport a **newly acquired watercraft**.

**Insured watercraft** does not include:

1. Fishing gear or sporting equipment;

2. Food or beverages;

3. Personal property not used for communication, navigation, maintenance, safety or operation;

4. Computer hardware, software, and accessories unless permanently installed for navigation and communication; and

5. Boat houses, sheds, docks, floats, moorings, cradles, stands, hoists, lifts, or similar items used for boat storage.

L. "LOSS" means sudden, direct, and accidental physical loss or damage to tangible property. **Loss** does not include:

1. Loss of use; or

2. Any resulting diminution of value from the actual or perceived reduction in market or resale value that results from the **loss**.

M. "NEWLY ACQUIRED WATERCRAFT" means a **watercraft** you have purchased that replaces any **watercraft** shown in the **Declarations** or an additional **watercraft** you intend to add to this policy. **Newly acquired watercraft** does not include any **watercraft** that is:

1. Not reported to us within 30 days of purchase to insure;

2. Capable of achieving a top speed over 60 miles per hour;

3. More than 15 years old;

4. Worth more than $100,000 in value;

5. More than 30 feet in length; or

6. Custom or homebuilt.

N. "NUCLEAR HAZARD" means any nuclear reaction, discharge, radiation, or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these. **Loss** caused by the **nuclear hazard** is not considered **loss** caused by fire, explosion, or smoke.

O. "OCCUPYING" means in, upon, entering, or alighting from a **watercraft** while it is in the water or being launched or removed from the water.

P. "PERFORMANCE TESTING" means using a **watercraft** to:

1. Test its performance in speed and handling; or

2. Test or practice driver skills.

Q. "POLICY TERRITORY" means lands, inland waters, and coastal waters of the contiguous United States or Canada, excluding Alaska. **Policy territory** does not include coastal waters more than 100 nautical miles offshore.

R. "PROPERTY DAMAGE" means physical injury to or destruction of tangible property, including its resulting loss of use.

S. "RATING UNIT" means the dollar value of the **insured watercraft** as shown in the **Declarations**.

T. "SEAWORTHY" means fit to withstand the foreseeable and expected conditions of wind, weather and the rigors of normal and foreseeable use in any body of water or sea as designed and intended by the original manufacturer. The vessel design, construction method, construction material, and fit, form and function should match that as designed and intended by the original manufacturer. This also includes additional

B 9000 04 18                                                                                    Page 5 of 26

*Includes copyrighted material of Insurance Services Office, Inc. with its permission.*

**Nationwide®**
is on your side

hardware/electronics or modifications made to the vessel after the original purchase from the original manufacturer. **Seaworthy** also requires that the vessel is used in the waters for which it was intended by the original manufacturer.

**U.** "WAR" means declared, undeclared and civil war; insurrection; rebellion; revolution; any warlike act by a military force or military personnel; and destruction, seizure or use for a military purpose, including any result from any of these. Discharge of a nuclear weapon is an act of **war** even if by **accident**.

**V.** "WATERCRAFT" means a pleasure boat or other craft designed by a valid manufacturer mainly for use on or in the water and that has a state-assigned hull identification number.

## PART A — LIABILITY COVERAGE

This coverage applies only if the **Declarations** indicates Liability Coverage is provided.

### ADDITIONAL DEFINITIONS APPLICABLE TO THESE COVERAGES

For purposes of these coverages only:

**A.** "INSURED" means:

   **1.** You or a **family member**; or

   **2.** Any person using the **insured watercraft**.

**B.** "NON-OWNED WATERCRAFT" means a **watercraft** not owned by you or a **family member**. **Non-owned watercraft** does not include any **watercraft**:

   **1.** Available to you or a **family member** on a regular basis;

   **2.** Operated without the owner's express permission;

   **3.** Borrowed or rented for more than 14 consecutive days;

   **4.** Capable of achieving a top speed over 60 miles per hour; or

   **5.** Over 30 feet in length.

**C.** "FUEL SPILL" means the unintentional discharge, leakage or spillage of petroleum products or chemicals.

### COVERAGE AGREEMENT

### PROPERTY DAMAGE AND BODILY INJURY LIABILITY COVERAGE

We will pay for **bodily injury** or **property damage** for which an **insured** is legally liable as a result of an **accident**. The **accident** must arise out of the:

**A.** Ownership, maintenance or use of an **insured watercraft**; or

**B.** Use of a **non-owned watercraft** by you or a **family member**.

Damages include prejudgment interest on covered damages awarded against the **insured** that do not exceed our limit of liability for this coverage.

We will pay liability claims up to the limits stated in the **Declarations**. In addition to our limit of liability, we will:

**A.** Defend at our expense, with attorneys of our choice, any suit against an **insured**. We may settle or defend any claim or suit as we think proper.

**B.** Pay all expenses incurred by us and all costs levied against the **insured** in any such suit.

**C.** Pay premiums:

   **1.** Of not more than $250 per **insured** for bail bonds required because of an **accident** or traffic violation.

   **2.** For appeal bonds in defended suits and for bonds to release attached property. The amount of such bonds shall not be more than the limits of liability shown in the **Declarations**.

B 9000 04 18                                                                 Page 6 of 26

*Includes copyrighted material of Insurance Services Office, Inc. with its permission.*

**Nationwide®**
is on your side

In paying such premiums, we are not required to apply for or furnish any bonds.

**D.** Pay post-judgment interest on all damages awarded. We will not pay interest that accrues after such time as we have:

**1.** Paid;

**2.** Formally offered; or

**3.** Deposited in court

the amount for which we were liable under this policy.

**E.** Pay all reasonable expenses incurred by an **insured** at our request, but not more than $250 per day for loss of earnings.

After the limits of this coverage have been paid, we will not defend any suit nor pay any claim or judgment.

## ADDITIONAL COVERAGE

We will pay the reasonable cost for the containment, cleanup and resulting **property damage** caused by a **fuel spill** from an **insured watercraft** or **non-owned watercraft** for which an **insured** is legally liable as a result of an **accident**.

This coverage is subject to the following conditions:

**A.** You immediately notify the United States Coast Guard, or other appropriate state, local or federal authority of the **fuel spill** as required by law;

**B.** You take appropriate action as soon as possible, including making any necessary temporary repairs to fix the cause of the **fuel spill** and prevent further spillage; and

**C.** Provide all reasonable cooperation and assistance required by law or as requested by a responsible official in connection with the containment or cleanup of the **fuel spill**.

This coverage is included as part of this Part **A** — Liability Coverage, but does not increase our limit of liability for any one occurrence covered by this policy.

## ADDITIONAL INSURED

This coverage is afforded to an Additional Insured, if named in the **Declarations**. However, this coverage applies only to the extent the Additional Insured becomes legally responsible for damages that arise solely out of the acts or omissions of:

**A.** You or a **family member**; or

**B.** Any other covered person

while using the **insured watercraft** with your express or implied permission. No coverage is afforded to an Additional Insured for his or her own independent negligence or any other liability.

The designation of an Additional Insured shall not operate to increase our limits of liability. Any coverage provided the Additional Insured shall also be subject to all terms and conditions of this coverage.

## COVERAGE EXCLUSIONS

This coverage, including our duty to defend, does not apply to:

**A.** Liability assumed under any contract or agreement.

**B.** Any of the following:

**1.** Judgments;

**2.** Costs;

**3.** Attorney fees; or

**4.** Claims

**B 9000 04 18**                                                                                          **Page 7 of 26**

*Includes copyrighted material of Insurance Services Office, Inc. with its permission.*

**Nationwide®**
is on your side

against an **insured** for punitive or exemplary damages.

C. Liability for any salvage awards under maritime law.

D. Liability for the removal or disposal of any wreckage from an **insured watercraft**.

E. Any obligation for which the United States government is liable under the Federal Tort Claims Act.

F. Governmental fines or penalties.

G. **Bodily injury** or **property damage** that:

1. Occurs while an **insured watercraft** or **non-owned watercraft**:

   a. Is used for a **business use**;

   b. Is used for any illegal purpose;

   c. Is located outside the **policy territory**;

   d. Is transported over land;

   e. Participates in any organized or prearranged competitive event, including, but not limited to:

      (a) Racing contest or event;

      (b) Speed contest or event; or

      (c) In practice or preparation for any racing or speed contest or event;

      unless it is a sailboat;

   f. Is used in **performance testing** that is done on a closed waterway, a race course, or in a testing facility environment where the **insured** is not competing; or

   g. Is used for parasailing, kite skiing, kite tubing, or similar activities that use a towable apparatus designed to produce momentary or prolonged flight.

2. Occurs while an **insured watercraft** is used as a primary residence.

3. Is caused by:

   a. **War**, directly or indirectly;

   b. The rendering or failure to render professional services; or

   c. A **nuclear hazard**.

4. Is eligible for coverage under a nuclear energy liability insurance contract. This exclusion applies even if that insurance has been exhausted.

   A nuclear energy liability policy is a policy issued by any of the following or their successors:

   a. Nuclear Energy Liability Insurance Association;

   b. Mutual Atomic Energy Liability Underwriters; or

   c. Nuclear Insurance Association of Canada.

5. Occurs while using a **watercraft**:

   a. Without a reasonable belief of being entitled to do so;

   b. The **insured** has stolen; or

   c. The **insured** knows to have been stolen.

H. **Bodily injury**:

1. To any person eligible to receive any benefits required to be provided or voluntarily provided to an **insured** under:

   a. The Federal Longshore and Harbor Workers' Compensation Act;

B 9000 04 18                                                                 Page 8 of 26

*Includes copyrighted material of Insurance Services Office, Inc. with its permission.*

**Nationwide®**
is on your side

   **b.** Any state workers' compensation law;

   **c.** A non-occupational disability law or occupational disease law; or

   any similar law.

   **2.** To an employee injured while engaged in employment by an **insured**.

   **3.** From a communicable disease.

   **4.** Arising directly or indirectly from the inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any fungi, algae, lichens, slime, mold, bacteria, wet or dry rot, and any by-products of these organisms, however produced. Fungi as used above include, but are not limited to, yeasts, mold, mildew, rust, smuts, or fleshy fungi such as mushrooms, puffballs, and coral fungi.

**I.** **Property damage**:

   **1.** To an **insured watercraft**.

   **2.** To property owned by an **insured**.

   **3.** To property rented to, used by, or in the care or custody of the **insured**, including **non-owned watercraft**. This exclusion does not apply to a launching ramp, dock, or rented boat storage house that is damaged by an **insured**.

**J.** **Bodily injury** or **property damage** arising out of the ownership, maintenance or use of any **watercraft**:

   **1.** While rented or leased to others by any **insured**; or

   **2.** If under any type of conveyance of ownership, including, but not limited to, a conditional sale, contract for sale, or rent to own, regardless of whether title has been transferred to others by any **insured**.

**K.** Any person's liability resulting from the handling of property:

   **1.** Before it is moved from the place where it is accepted by an **insured** for movement into or onto the **insured watercraft**; or

   **2.** After it is moved from the **insured watercraft** to the place where it is finally delivered by an **insured**.

**L.** Any person's liability resulting from the movement of property by a mechanical device, other than a hand truck, not attached to the **insured watercraft**.

**M.** **Bodily injury** or **property damage** that is expected or intended by an **insured** even if the resulting **bodily injury** or **property damage**:

   **1.** Is of different kind, quality or degree than initially expected or intended; or

   **2.** Is sustained by a different person, entity, or real or personal property, than initially expected or intended.

**N.** **Bodily injury** caused by a **fuel spill**.

**LIMITS AND CONDITIONS OF PAYMENT**

Our Limits of Liability for **bodily injury** or **property damage** apply as follows:

**A.** The Property Damage Liability Limit shown in the **Declarations** is the most we will pay for all **property damage** that arises from one **accident**.

**B.** The Bodily Injury Liability Limit for each person shown in the **Declarations** is the most we will pay for **bodily injury** to any one person in one **accident**. However, a sublimit of $25,000 applies for an **insured's** liability for **bodily injury** to:

   **1.** Another **insured**; or

   **2.** A **family member** of an **insured**.

B 9000 04 18                                                                                   Page 9 of 26

*Includes copyrighted material of Insurance Services Office, Inc. with its permission.*



**Nationwide**®
is on your side

C. The Bodily Injury Liability Limit for each **accident** shown in the **Declarations** is the most we will pay for all **bodily injury**, combined for all persons that arises from one **accident**, subject to the per person limit described in paragraph **B.** above.

D. The applicable liability limit for **bodily injury** applies to all claims for that **bodily injury**, including all claims of others derived from such **bodily injury**.

E. Liability limits as stated above shall be enforceable regardless of the number of **insureds**, claims made, **insured watercraft**, premiums shown in the **Declarations** or policy, or **watercraft** involved in an **accident**.

**OTHER INSURANCE**

This insurance is excess over any other valid and collectible insurance or other sources of recovery. If more than one policy issued by us or a company affiliated with us applies on an excess basis to the same **loss**, we will pay only up to the highest limit of any one of them.

**DUPLICATE PAYMENT**

We will make no duplicate payment to or for any **insured** for the same element of **loss**.

## PART B — MEDICAL PAYMENTS COVERAGE

This coverage applies only if the **Declarations** indicate Medical Payments Coverage is provided.

**ADDITIONAL DEFINITIONS APPLICABLE TO THIS COVERAGE**

For purposes of this coverage only:

A. "INSURED" means:

1. You or any **family member**:

   a. While **occupying** any **watercraft**; or

   b. While struck by a **watercraft** while being towed behind a **watercraft**.

2. Any other person while **occupying** an **insured watercraft** when it is being used by you, a **family member**, or anyone else with your permission as used within the scope of that expressed or implied permission.

B. "EXPERIMENTAL TREATMENT" means medical treatment that is experimental in nature and is not accepted as effective therapy by:

1. The state medical association or board;

2. An appropriate medical association or board;

3. The American Medical Association;

4. The Surgeon General; or

5. The Federal Food and Drug Administration.

C. "USUAL, CUSTOMARY AND REASONABLE CHARGES" means charges for services or supplies covered under this policy that are:

1. Usual and customary in the place where provided;

2. Not more than what would have been charged if the injured person had no insurance; and

3. Not **experimental treatment**.

D. "MEDICALLY NECESSARY" means a service or procedure that is necessary, appropriate and consistent for the symptoms, diagnosis or treatment of a condition of injury or sickness within generally accepted current standards of good medical practice. Because any particular doctor may prescribe, order, recommend or approve a service or procedure does not, in itself, make the service or procedure **medically necessary**.

B 9000 04 18

*Includes copyrighted material of Insurance Services Office, Inc. with its permission.*



E. "UTILIZATION MANAGEMENT OR REVIEW" means cost and utilization containment activities designed to determine **usual, customary and reasonable charges** for **medically necessary** services provided to an **insured**. These activities include, but are not limited to, medical bill auditing and case management.

## COVERAGE AGREEMENT

A. We will pay **usual, customary and reasonable charges**:

1. For expenses incurred for:

   a. **Medically necessary** services; or

   b. Funeral costs

   due to accidental **bodily injury** suffered by an **insured** and caused by a **watercraft accident**.

2. Incurred within two years after the **accident**.

3. Up to the limit stated in the policy **Declarations**.

4. Regardless of who is at fault in the **accident**.

B. We may apply **utilization management or review** to determine:

1. **Usual, customary and reasonable charges**; and/or

2. **Medically necessary** services.

## COVERAGE EXCLUSIONS

This coverage does not apply to:

A. **Bodily injury** that occurs while an **insured watercraft** is:

1. Operated by any person other than an **insured**;

2. Used for a **business use**;

3. Used for any illegal purpose;

4. Located outside the **policy territory**;

5. Transported over land;

6. Participating in any organized or prearranged competitive event, including but not limited to:

   a. Racing contest or event;

   b. Speed contest or event; or

   c. In practice or preparation for any racing or speed contest or event

   unless it is a sailboat;

7. Used in **performance testing** that is done on a closed waterway, a race course, or in a testing facility environment where the **insured** is not competing;

8. Used for parasailing, kite skiing, kite tubing, or similar activities that use a towable apparatus designed to produce momentary or prolonged flight; or

9. Used as a primary residence.

B. **Bodily injury** that is caused by:

1. **War**, directly or indirectly; or

2. A **nuclear hazard**.

C. **Bodily injury** to:

1. Any person eligible to receive any benefits required to be provided or voluntarily provided to an **insured** under:

*Includes copyrighted material of Insurance Services Office, Inc. with its permission.*

**N Nationwide®**
is on your side

    **a.** The Federal Longshore and Harbor Workers' Compensation Act;

    **b.** Any state workers' compensation law;

    **c.** A non-occupational disability law or occupational disease law; or

    any similar law;

  **2.** A person who trespasses on the **insured watercraft**; or

  **3.** An employee injured while engaged in employment by an **insured**.

**D.** **Bodily injury** sustained while **occupying** any **insured watercraft**:

  **1.** Rented or leased to others by any **insured**;

  **2.** If under any type of conveyance of ownership, including, but not limited, to a conditional sale, contract for sale, or rent to own, regardless of whether title has been transferred to others by any **insured**.

**E.** **Bodily injury** that occurs while using a **watercraft**:

  **1.** Without a reasonable belief of being entitled to do so;

  **2.** The **insured** has stolen; or

  **3.** The **insured** knows to have been stolen.

**F.** **Bodily injury** arising directly or indirectly from the inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any fungi, algae, lichens, slime, mold, bacteria, wet or dry rot, and any by-products of these organisms, however produced. Fungi as used above include, but are not limited to, yeasts, mold, mildew, rust, smuts, or fleshy fungi such as mushrooms, puffballs, and coral fungi.

**G.** **Bodily injury** caused intentionally by or at the direction of you or a **family member**, including willful acts the result of which that person knows or ought to know will follow from his or her conduct.

## LIMITS AND CONDITIONS OF PAYMENT

### BENEFITS PAYABLE

The limit of liability shown in the **Declarations** for this coverage is our maximum limit of liability for each person injured by any one **accident**. This is the most we will pay regardless of the number of **insureds**, claims made, **insured watercraft**, premiums shown in the **Declarations** or policy, or **watercraft** involved in the **accident**.

### OTHER INSURANCE

This insurance is primary insurance and applies in addition to any other insurance.

### DUPLICATE PAYMENT

We will make no duplicate payment to or for any **insured** for the same element of **loss**.

## PART C — UNINSURED/UNDERINSURED BOATERS COVERAGE

This coverage applies only if the **Declarations** indicate Uninsured/Underinsured Boaters Coverage is provided.

### ADDITIONAL DEFINITIONS APPLICABLE TO THIS COVERAGE

For purposes of this coverage only:

**A.** "INSURED" means:

  **1.** You or any **family member**:

    **a.** While **occupying** the **insured watercraft**; or

    **b.** Struck by a **watercraft** while being towed behind a **watercraft**;

  **2.** Any other person **occupying** an **insured watercraft**; or

B 9000 04 18                                                                                   Page 12 of 26

*Includes copyrighted material of Insurance Services Office, Inc. with its permission.*

**Nationwide®**
is on your side

3.  Any person for damages that person is entitled to recover because of **bodily injury** to which this coverage applies sustained by a person described in **1.** and **2.** above.

B.  "UNINSURED WATERCRAFT" means:

1.  A **watercraft** with no valid or collectible liability insurance for **bodily injury**;

2.  An unknown **watercraft** that left the scene of an **accident** with an **insured watercraft** before its owner or operator could be identified; or

3.  A **watercraft** that is underinsured. This is a **watercraft** that has valid and collectible insurance for **bodily injury**, but the coverage limits available are less than the limits provided by this coverage.

C.  "UNINSURED BOATER" means an owner or operator of an **uninsured watercraft**.

## COVERAGE AGREEMENT

We will pay compensatory damages, including derivative claims that are due by law to an **insured** by an **uninsured boater** because of **bodily injury** suffered by an **insured**. The **bodily injury** must arise from an **accident** involving:

A.  Direct physical contact between an **insured watercraft** and an **uninsured watercraft**; or

B.  Direct physical contact between the **insured** and an **uninsured watercraft**.

The **bodily injury** must occur while the **insured** is in, upon, boarding, leaving, or being towed behind an **insured watercraft**. Payment is subject to policy terms, limits and conditions.

## RECOVERY

A.  Before making any payment, we and the **insured** must agree:

1.  Whether there is a legal right to recover damages from the **uninsured boater**; and if so,

2.  The amount of such damages.

If we are unable to agree, liability and damages shall be decided by a court of law.

B.  To establish liability against an unknown, **uninsured boater**, an **insured** must report the **accident** to local police or proper governmental authority immediately or as soon as practical. Liability must be apparent from the facts of the **accident**, sworn statements and the physical evidence.

C.  Any judgment against the **uninsured boater** will be binding on us only if the **insured** has our written consent prior to the taking of the judgment.

## COVERAGE EXCLUSIONS

This coverage does not apply:

A.  To any of the following:

1.  Judgments;

2.  Costs;

3.  Attorney fees; or

4.  Claims

for punitive or exemplary damages.

B.  When an **uninsured watercraft** is:

1.  Owned by any governmental unit or agency;

2.  An **insured watercraft** with liability coverage provided by this policy; or

3.  Owned by or furnished for the regular use of you or a **family member**.

C.  When the **insured watercraft**:

1.  Is used for a **business use**;

B 9000 04 18                                                                    Page 13 of 26

*Includes copyrighted material of Insurance Services Office, Inc. with its permission.*



2. Is used for any illegal purpose;

3. Is located outside the **policy territory**;

4. Is rented or leased to others;

5. Is used as a primary residence;

6. Is transported over land;

7. Participates in any organized or prearranged competitive event, including, but not limited to:

    a. Racing contest or event;

    b. Speed contest or event; or

    c. In practice or preparation for any racing or speed contest or event

    unless it is a sailboat;

8. Is used in **performance testing** that is done on a closed waterway, a race course, or in a testing facility environment where the **insured** is not competing; or

9. Is used for parasailing, kite skiing, kite tubing or similar activities that use a towable apparatus designed to produce momentary or prolonged flight.

D. While using or **occupying** a **watercraft**:

1. Without a reasonable belief of being entitled to do so;

2. The **insured** has stolen; or

3. The **insured** knows to have been stolen.

E. When the **insured** is:

1. Eligible to receive any benefits required to be provided or voluntarily provided to an **insured** under:

    a. The Federal Longshore and Harbor Workers' Compensation Act;

    b. Any state workers' compensation law;

    c. A non-occupational disability law or occupational disease law; or

    any similar law; or

2. An employee injured while engaged in employment by an **insured**.

## LIMITS AND CONDITIONS OF PAYMENT

Our obligation for payment under this coverage is limited to the amounts per person and per **accident** stated in the **Declarations**. The following conditions apply to these limits:

A. The limit shown:

1. For Bodily Injury Liability for any one person applies to one person's **bodily injury**, including death, and includes all claims resulting from or arising out of that one person's **bodily injury**, including death. This per person policy limit shall be enforceable regardless of the number of **insureds**, claims made, **insured watercraft** or premiums shown in the **Declarations** or policy, or **watercraft** involved in the **accident**.

2. For Bodily Injury Liability for each **accident** is, subject to the per person limit described in paragraph **1.** above, the maximum limit of our liability for all covered damages when two or more persons sustain **bodily injury**, including death, as a result of one **accident**. The per **accident** policy limit shall be enforceable regardless of the number of **insureds**, claims made, **insured watercraft** or premiums shown in the **Declarations** or policy, or **watercraft** involved in the **accident**.

B. Coverage applies as stated in the **Declarations**. The insuring of more than one person or **watercraft** under this policy does not increase our payment limits. In no event will any

B 9000 04 18                                                                                              Page 14 of 26

*Includes copyrighted material of Insurance Services Office, Inc. with its permission.*



person be entitled to more than the highest per person limit on any one policy issued by us or an affiliated company.

C. Coverage limits will be reduced by any:

1. Sums paid or payable under workers' compensation, disability benefits or similar laws;

2. Unrealized portion of available liability limits; or

3. Sums paid by or for any liable parties, including, with respect to the **uninsured watercraft**:

   a. Proceeds paid to medical providers; or

   b. Proceeds received as attorney fees.

D. Any payment under this coverage to or for an **insured** will reduce the amount of damages that person may be entitled to recover under the Bodily Injury Liability Coverage of this policy.

E. Any payment to or for an **insured** under this coverage will be reduced by any amount paid or payable under Part **B** provided by this policy.

F. No payment will be made until the limits of all other bodily injury liability insurance and bonds that apply have been exhausted by payments or judgments.

## RIGHTS OF RECOVERY

When we make payment under this coverage:

A. We will have the first right to any amount the **insured** receives from any liable party. The **insured** must:

1. Hold in trust for us his or her right to recover against any such party;

2. Do whatever is proper to secure such rights and do nothing to prejudice them;

3. Furnish us all papers in any suit the **insured** files;

4. Do whatever is necessary to recover for us payments made under this coverage; and

5. Repay us out of any recovery for any payments we have made and any expenses we have incurred in the action.

B. Our payment of a claim may result from the insolvency of an insurer. If so, we have the right to recover from the insurer, but not its insured.

## LEGAL ACTION LIMITATIONS

Any arbitration or legal action against the company must begin within a certain time period. Arbitration must be agreed upon, or the proper papers for any other legal action against the company must be filed within the time limit allowed by law:

A. For death actions if the claim involves death of an **insured**; or

B. For **bodily injury** actions if the claim involves injury to an **insured** but not death.

The laws of the state in which the **accident** occurred will determine these time limits.

## OTHER INSURANCE

If there is other insurance:

A. For **bodily injury** suffered by the **insured**, we will pay the covered damages not covered by other insurance. However, this insurance will apply only in the amount by which the limit of coverage under this policy exceeds the applicable limit of liability of the other insurance.

B. Except as stated above, if there is other insurance similar to this coverage for **bodily injury** under any other policy, we will be liable for only our share of the damages. Our share is our proportion of the total available insurance limits.

*Includes copyrighted material of Insurance Services Office, Inc. with its permission.*

In any event, if more than one policy applies total limits applicable will be considered not to exceed the highest limits amount of any one of them.

## DUPLICATE PAYMENT

We will make no duplicate payment to or for any **insured** for the same element of **loss**.

## PART D — PHYSICAL DAMAGE COVERAGE

This coverage applies only if the **Declarations** indicates Physical Damage Coverage is provided.

## ADDITIONAL DEFINITIONS APPLICABLE TO THESE COVERAGES

For purposes of these coverages only:

**A.** "COLLISION" means physical contact with any solid object whether fixed, floating, submerged or moving. In this regard, water is only considered a solid object when frozen.

**B.** "COVERED HAUL-OUT EXPENSES" means expenses paid to a third party by the **insured** because the **insured watercraft** is in a location that is under a **named storm** watch or warning issued by the National Weather Service,  a component of the National Oceanic and Atmospheric Administration (NOAA), limited to:

    **1.** Expenses to remove the **insured watercraft** from water and move it to a secure location on land beyond the reach of the expected storm surge from the **named storm**;

    **2.** Expenses to tie down the **insured watercraft** after it has been placed on land to prevent movement by wind or flood waters; and

    **3.** Expenses to launch the **insured watercraft** back into the water within 30 days after the **named storm** watch or warning has expired.

**C.** "INSURED" means:

    **1.** You or a **family member**; or

    **2.** Any person using an **insured watercraft** with the reasonable belief that they are entitled to do so.

**D.** "NAMED STORM" means a tropical storm or hurricane with sustained winds over 50 miles per hour that has been identified with a name or number by the National Weather Service, a component of NOAA.

**E.** "TOTAL LOSS" means:

    **1.** The theft or disappearance of a **watercraft** if it is not recovered within 30 days; or

    **2.** Any other **loss** to a **watercraft** where the cost to repair the damage is greater than what the actual cash value of the **watercraft** was at the time of the **loss**.

## COVERAGE AGREEMENT

## COLLISION COVERAGE

We will pay for **loss** to an **insured watercraft** caused by a **collision** provided the **collision** and **loss** do not result from:

**A.** Windstorm;

**B.** The force of moving water from waves, storm surge, tides or wakes; or

**C.** Collapse of buildings.

Our payment for **loss** will be reduced by any applicable deductible and is subject to policy terms, limits and conditions.

## COMPREHENSIVE COVERAGE

We will pay for **loss** to an **insured watercraft** not caused by **collision** less any applicable deductible. Payment for **loss** is subject to policy terms, limits and conditions.

B 9000 04 18                                                              **Page 16 of 26**

*Includes copyrighted material of Insurance Services Office, Inc. with its permission.*



## COVERAGE EXTENSIONS

### SALVAGE AWARDS

If you purchase Collision Coverage and Comprehensive Coverage, we will pay for salvage awards that you are legally liable to pay to a person or an organization for that person's or that organization's successful and voluntary rescue of an **insured watercraft** in accordance with maritime law. Payment is subject to policy terms, limits and conditions.

### RECOVERY AND WRECKAGE REMOVAL COSTS

When we pay for **loss** to an **insured watercraft**, we will also pay for any necessary and reasonable costs for:

**A.** Recovery;

**B.** Towing or transportation to the nearest suitable place for repairs;

**C.** Raising, removal, destruction or disposal of any wreckage from the **insured watercraft**; and

**D.** The protection of the **insured watercraft** from further damage.

Payment is subject to policy terms, limits and conditions.

### HAUL-OUT REIMBURSEMENT

We will reimburse you for 50% of **covered haul-out expenses** up to a maximum of $1,000. Payment is subject to policy terms, limits and conditions.

### COVERAGE EXCLUSIONS

We will not pay for **loss**:

**A.** Caused by and limited to:

    **1.** Wear and tear;

    **2.** Gradual deterioration, including, but not limited to, wet or dry rot, rust, weathering, fading, galvanic corrosion, or electrolysis;

    **3.** Delamination or osmotic blistering;

    **4.** Marring, denting, or scratching;

    **5.** Latent defect;

    **6.** Smog, freezing or ice, or temperature extremes;

    **7.** Birds, vermin, rodents, insects or animals, unless caused by **collision**;

    **8.** Mechanical or electrical breakdown or failure;

    **9.** A fault, weakness or inadequacy in the design, workmanship, construction or materials;

    **10.** Repair, improvement, servicing or maintenance activities; or

    **11.** Electrical power surge not caused by lightning;

**B.** Caused by:

    **1.** Barnacles, mussels or similar marine life that becomes attached to the **insured watercraft**;

    **2.** Fungi, algae, lichens, slime, mold, bacteria or mildew;

    **3.** **War**;

    **4.** Your negligence to use all means, within reason, to save and preserve property;

    **5.** A **nuclear hazard**;

    **6.** Diminution of value from the actual or perceived reduction in the **insured watercraft's** market or resale value for any reason, including, but not limited to, **loss**, condition change or economic factors; or

*Includes copyrighted material of Insurance Services Office, Inc. with its permission.*



7. Theft, conversion, secretion or fraudulent disposal of the **insured watercraft** by you or a **family member**;

C. Caused when the **insured watercraft**:

  1. Participates in any organized or prearranged competitive event, including, but not limited to:

    a. Racing contest or event;

    b. Speed contest or event; or

    c. In practice or preparation for any racing or speed contest or event

    unless it is a sailboat;

  2. Is used in **performance testing** that is done on a closed waterway, a race course or in a testing facility environment where the **insured** is not competing;

  3. Is located outside the **policy territory**;

  4. Is used for any **business use**;

  5. Is used as a primary residence;

  6. Is not **seaworthy**;

  7. Is being used in any illegal activity by:

    a. You;

    b. A **family member**; or

    c. Anyone, with your knowledge or permission;

  8. Is confiscated or destroyed by any law enforcement agency because of illegal activity by:

    a. You;

    b. A **family member**; or

    c. Anyone, with your knowledge or permission;

  9. Is owned in whole or in part by someone other than you; or

  10. Is rented or leased to others by any **insured**.

D. Caused intentionally by you or a **family member**, including willful acts the result of which that person knows or ought to know will follow from the willful acts;

E. To airboats, hovercrafts or amphibious vehicles;

F. To sails and canvas from damages caused during a **named storm** unless the sails and canvas were removed and properly stored prior to the damage occurring;

G. To an **insured watercraft** that was repossessed;

H. To an **insured watercraft** if sold to others. Sold means any type of legal conveyance, including, but not limited to, any type of conditional sale, contract for sale, or lease to own sale, regardless of whether title has been transferred and regardless of whether your **insured watercraft** is or has been removed from the **Declarations** at the time of sale; or

I. To any **watercraft** which the **insured** or a **family member**:

  1. Uses without a reasonable belief of being entitled to do so;

  2. Has stolen; or

  3. Knows to have been stolen.

*Includes copyrighted material of Insurance Services Office, Inc. with its permission.*



## LIMITS AND CONDITIONS OF PAYMENT — LOSS SETTLEMENT

### TOTAL LOSS — LIMIT OF COVERAGE

If an **insured watercraft** identified in the **Declarations** sustains a covered **total loss**, subject to any appropriate adjustments for deductibles and salvage retained by you, we will pay the lesser of:

**A.** The actual cash value of the **insured watercraft** just prior to the **loss** less deductions for **depreciation** and the applicable deductible;

**B.** The cost to replace the **insured watercraft** with a comparable watercraft of similar make, model, age, condition and equipment less the applicable deductible; or

**C.** The **rating unit** for the **insured watercraft** shown in the **Declarations** less the applicable deductible.

If a **newly acquired watercraft** that is not shown in the **Declarations** sustains a covered **total loss**, we will pay its actual cash value just prior to the **loss** less deductions for **depreciation** and the applicable deductible.

### PARTIAL LOSS — LIMIT OF COVERAGE

If an **insured watercraft** sustains a covered **loss** that is not a **total loss**, we will pay for reasonable repairs less the applicable deductible. However, our payment is subject to the following terms:

**A.** Repair costs will be based on customary marine repair practices. This includes:

    **1.** Limiting payment to the cost of patching or doing spot repair;

    **2.** To the extent possible, relying on prevailing local labor and materials costs; and

    **3.** At our option, using new parts made by the original manufacturer, parts not made by or for the original manufacturer, or used or refurbished parts.

**B.** Our payment for a damaged or missing part will be the lesser of:

    **1.** The reasonable cost to repair it to a condition comparable to its condition prior to the **loss**;

    **2.** Its actual cash value with a deduction for **depreciation**; or

    **3.** The cost to replace it with a part of like kind and quality with a deduction for **depreciation** if the part is normally subject to repair and replacement during the useful life of the **insured watercraft**. Such deductions for **depreciation** will be equal to the proportion that the expired life of the damaged or missing part bears to the normal useful life of that part.

    **4.** The **rating unit** for the **insured watercraft** shown in the **Declarations** less the applicable deductible.

### OTHER PAYMENTS

Any payment for salvage awards, recovery, towing, transportation, protection, wreckage removal or haul-out reimbursement in accordance with Coverage Extensions described above will be paid separately and in addition to any other covered **loss** for an **insured watercraft**. However, for all combined payments under Coverage Extensions arising out of any one **accident** we will not pay more than the greater of:

**A.** The **Rating Unit** amount shown in the **Declarations**; or

**B.** $50,000.

### DEDUCTIBLES

**A.** Our payment for a covered **collision loss** will be reduced by the applicable **collision** deductible shown in the **Declarations**.

B 9000 04 18                                                       **Page 19 of 26**

*Includes copyrighted material of Insurance Services Office, Inc. with its permission.*

**Nationwide®**
is on your side

**B.** Our payment for a covered comprehensive **loss** will be reduced by the applicable comprehensive deductible shown in the **Declarations**.

**C.** For a **newly acquired watercraft** not shown in the **Declarations**, our payment for a covered **collision** or comprehensive **loss** will be reduced by:

   **1.** A $500 deductible if its actual cash value does not exceed $50,000; or

   **2.** A $1,000 deductible if its actual cash value exceeds $50,000.

**D.** Any **loss** that occurs during a **named storm** will be reduced by the **named storm** deductible shown in the **Declarations** instead of any other deductible. However, this alternative deductible will not apply if the **insured watercraft** is stored ashore during the **named storm** beyond the expected reach of tidal waters or storm surge.

**E.** No more than one deductible will apply for all **losses** resulting from any one **accident**.

**F.** Payments for Coverage Extensions are not subject to deductibles.

### ADDITIONAL TERMS APPLYING TO OUR PAYMENT FOR LOSS

**A.** When we pay for **loss** to an **insured watercraft**, our payment will be made payable to you and any loss payee shown in the **Declarations** for that **insured watercraft**. At our option, payment may be made to both jointly, or to either separately. Either way, we will protect the interests of both.

**B.** You do not have the right to abandon the **insured watercraft** or its salvage to us.

**C.** We may, at our option, pay repairers or suppliers directly.

**D.** Our payment for **loss** will be reduced by the amount of any unrepaired prior **loss** or damage to the **insured watercraft**;

**E.** We may pay for stolen, abandoned or salvaged property.

### APPRAISAL

If you and we fail to agree on the amount payable for **loss**, either party may demand an appraisal. In this situation, you and we will:

**A.** Appoint and pay a competent and disinterested appraiser; and

**B.** Equally share other appraisal expenses.

Any fees for expert witnesses or attorneys will be paid by the party who hires the expert witnesses or attorneys. The appraisers or a judge of a court having jurisdiction will select an umpire to decide any differences. Each appraiser will state separately the actual cash value and the amount of **loss**. An agreement by any two appraisers will determine the amount payable. Neither we nor you waive any of the other rights, terms and conditions, or obligations under this policy by agreeing to an appraisal.

### NO BENEFIT TO OTHERS

These coverages are for your benefit alone.

### OTHER INSURANCE

If there is other insurance that covers any **loss**, we will pay only our share of the **loss**. Our share is our proportion of the total insurance collectible for the **loss**.

### DUPLICATE PAYMENT

We will make no duplicate payment to or for any **insured** for the same element of **loss**.

## PART E — DUTIES AFTER AN ACCIDENT OR LOSS

We have no duty to provide coverage under this policy if the person seeking coverage fails to comply with the following duties:

B 9000 04 18                                                                                                   Page 20 of 26

*Includes copyrighted material of Insurance Services Office, Inc. with its permission.*



**A.** We must be notified promptly of how, when and where the **accident** or **loss** happened. Notice should also include the names and addresses of any injured persons and of any witnesses.

**B.** A person seeking any coverage must:

  **1.** Cooperate with us in the investigation, settlement or defense of any claim or suit.

  **2.** Promptly send us copies of any notices or legal papers received in connection with the **accident** or **loss**.

  **3.** Submit to a recorded interview and/or examinations under oath as often as reasonably requested by us, while not in the presence of any other **insured** or person making a claim for any coverage under this policy, at a time and place designated by us before an individual or individuals chosen by us.

  **4.** If injured, submit to examinations by company selected physicians as often as the company reasonably requires. The injured person must grant us authority, at our request, to obtain copies of all wage and medical, dental or other health care provider records.

  **5.** Submit a proof of **loss** when required by us.

  **6.** Provide access to any data and/or records, from any source and/or recorded by any method or means, that we reasonably request for use in the evaluation or defense of any claim or suit and permit us to make copies of such data or records.

  **7.** Preserve any tangible property or evidence as long as we request.

  **8.** Permit us to inspect and appraise the damaged property before its repair or disposal.

**C.** A person seeking Uninsured/Underinsured Boaters Coverage must also:

  **1.** Promptly notify the police if a hit-and-run driver is involved.

  **2.** Promptly send us copies of the legal papers if a suit is brought.

**D.** A person seeking Physical Damage Coverage must also:

  **1.** Take reasonable steps after a loss to protect damaged property insured under this policy from further **loss**. We will pay for any reasonable expenses incurred to do this.

  **2.** Promptly notify the police if the **insured watercraft** is stolen.

## PART F — GENERAL PROVISIONS

We, you, and anyone insured by this policy must do certain things in order for the provisions of the policy to apply. The following are policy conditions:

### HOW YOUR POLICY MAY BE CHANGED

**A.** Any terms of this policy that may be in conflict with statutes of the state in which the policy is issued are hereby amended to conform.

**B.** Any **insured** will automatically have the benefit of any extension or broadening of coverage in this policy, as of the effective date of the change, provided it does not require more premium.

**C.** No other changes may be made to the terms of this policy except by endorsement or policy revision.

**D.** The premium for each coverage is based on information in our possession. Any change or correction to this information will allow us to make an adjustment of the premium as of the date the change is effective.

**E.** Within 30 days or as soon as reasonably possible, the named insured has a duty to notify us of any change that may affect the premium or the risk under this policy. This includes, but is not limited to, changes in:

B 9000 04 18 　　　　　　　　　　　　　　　　　　　　　　　　　　**Page 21 of 26**

*Includes copyrighted material of Insurance Services Office, Inc. with its permission.*

**Nationwide®**
is on your side

1.  The principal location of the **insured watercraft**;
2.  Use of the **insured watercraft**;
3.  Desired coverages, deductibles, or limits;
4.  The ownership of the **insured watercraft**; or
5.  Regular operators who you allow to operate an **insured watercraft** more than six times per year.

## POLICY PERIOD AND TERRITORY

This policy applies only to **accidents** and **losses** that occur:

A.  During the policy period as shown in the **Declarations**; and
B.  Within the **policy territory**.

## CANCELLATION

This policy may be cancelled during the policy period as follows:

A.  The named insured shown in the **Declarations** may cancel by:
    1.  Returning this policy to us; or
    2.  Giving us advance written or oral notice of the date cancellation is to take effect.
B.  We may cancel by mailing notice to the named insured shown in the **Declarations** at the address shown in the policy:
    1.  At least 10 days in advance:
        a.  If cancellation is for nonpayment of premium; or
        b.  If notice is mailed during the first 60 days this policy is in effect, and this is not a renewal or continuation policy; or
    2.  At least 30 days advance in all other cases.
C.  After this policy has been in effect 60 days, or if this is a renewal or continuation policy, we will cancel only:
    1.  If all premiums, premium installment payments, and fees are not paid when due, whether payable directly to us or through any premium finance plan.
    2.  If the named insured or any insured principal operator loses the right to drive because of suspension, revocation or expiration of a driver's license.
    3.  For misrepresentation by the named insured of any material fact in the procurement or renewal of the insurance or by you or a **family member** in the submission of claims.
    4.  For any other reason permitted by law.

## NONRENEWAL

If we elect not to renew this policy, we will mail or deliver written notice to the named insured 30 days in advance of the date our action will take effect. Mailing of this notice to the last known address we have on record for the named insured will be considered proof of notice.

## OTHER TERMINATION PROVISIONS

A.  We may deliver any notice instead of mailing it. Proof of mailing of any notice shall be sufficient proof of notice.
B.  If this policy is cancelled, you may be entitled to a premium refund. If so, we will send you the refund. The premium refund, if any, will be computed according to our manuals. However, making or offering to make the refund is not a condition of cancellation.
C.  The effective date of cancellation stated in the notice shall become the end of the policy period.

*Includes copyrighted material of Insurance Services Office, Inc. with its permission.*

**Nationwide®**
is on your side

## AUTOMATIC TERMINATION

**A.** If the renewal premium is not paid, coverage will terminate at the end of the last policy period for which premium was paid.

**B.** Coverage will automatically terminate on the effective date of the transfer of ownership of the **insured watercraft**.

**C.** Coverage will automatically terminate on the effective date of any other insurance when obtained on the **insured watercraft**.

## IF YOU BECOME BANKRUPT

Bankruptcy or insolvency of any **insured** will not relieve us of any obligation under the terms of this policy.

## FRAUD AND MISREPRESENTATION

**A.** THIS POLICY WAS ISSUED IN RELIANCE ON THE INFORMATION YOU PROVIDED AT THE TIME OF YOUR APPLICATION FOR INSURANCE COVERAGE. WE MAY VOID THIS POLICY, DENY COVERAGE UNDER THIS POLICY, OR, AT OUR ELECTION, ASSERT ANY OTHER REMEDY AVAILABLE UNDER APPLICABLE LAW, IF YOU OR ANY **INSURED** SEEKING COVERAGE UNDER THIS POLICY KNOWINGLY OR UNKNOWINGLY CONCEALED, MISREPRESENTED OR OMITTED ANY MATERIAL FACT OR ENGAGED IN FRAUDULENT CONDUCT AT THE TIME THE APPLICATION WAS MADE OR AT ANY TIME DURING THE POLICY PERIOD.

**B.** WE MAY VOID THIS POLICY, DENY COVERAGE FOR AN **ACCIDENT** OR **LOSS**, OR, AT OUR ELECTION, ASSERT ANY OTHER REMEDY AVAILABLE UNDER APPLICABLE LAW, IF ANY **INSURED** OR ANY OTHER PERSON SEEKING COVERAGE UNDER THIS POLICY HAS KNOWINGLY OR UNKNOWINGLY CONCEALED OR MISREPRESENTED ANY MATERIAL FACT OR ENGAGED IN FRAUDULENT CONDUCT IN CONNECTION WITH THE FILING OR SETTLEMENT OF ANY CLAIM.

**C.** NO PERSON OR ORGANIZATION WHO ENGAGES IN FRAUDULENT CONDUCT IN CONNECTION WITH THE APPLICATION PROCESS, AN **ACCIDENT**, OR FILING A CLAIM, OR ENGAGES IN ANY MATERIAL MISREPRESENTATION REGARDING THE ISSUANCE OF THIS POLICY SHALL BE ENTITLED TO RECEIVE ANY PAYMENT UNDER THIS POLICY AT ANY TIME.

## LEGAL ACTION LIMITATIONS

No legal action may be brought against us concerning any of the coverages provided in this policy until the **insured** has fully complied with all the terms of the policy.

Under the liability coverages of this policy, no legal action may be brought against us until judgment against the **insured** has been finally determined after trial. This policy does not give anyone the right to make us a party to any action to determine the liability of an **insured**.

If we take possession of salvage, we have no obligation under any circumstance to maintain possession of said salvage, including as possible evidence in a legal proceeding.

## SUBROGATION

We have the right of subrogation under any coverages in this policy and its endorsements. This means after paying a **loss** to you or others under this policy, we will have the **insured's** right to sue for or otherwise recover such **loss** from anyone else who may be liable. You may not waive any of these rights of recovery without our permission except when a written waiver is required by a marina, boatyard or other storage facility as a requirement for renting a slip or storage space.

Also, we may require reimbursement from the **insured** out of any settlement or judgment that duplicates our payments. These provisions will be applied in accordance with state law. Any **insured** will sign such papers, do whatever else is necessary to transfer these rights to us and do nothing to prejudice them.

B 9000 04 18                                                                 Page 23 of 26

*Includes copyrighted material of Insurance Services Office, Inc. with its permission.*



We may not assert rights of subrogation for any payment under Part **D** — Physical Damage Coverage against a person who was using the **insured watercraft** with your express or implied permission unless that person was employed or engaged in business at the time of the **loss**.

## ASSIGNABILITY

No interest in this policy can be transferred without our written consent.

However, if the named insured dies, coverage will stay in force for the rest of the policy period or until cancellation, whichever is sooner. It will apply for:

**A.** Anyone having proper temporary custody of the **insured watercraft**; and

**B.** The appointed legal representative.

## JOINT AND INDIVIDUAL INTERESTS

If there is more than one person who is a named insured as shown in the **Declarations** for this policy, any such person may cancel or change this policy. Such action will be binding on any named insured.

## TWO OR MORE BOATOWNERS POLICIES

If this policy and any other boatowners insurance policy issued to you by us apply to the same accident, the maximum limit of our liability under all the policies shall not exceed the highest applicable limit of liability under any one policy.

## DIVIDENDS

The first named insured is entitled to any dividends that are declared by the Board of Directors and are applicable to coverages in this policy.

## NON-SUFFICIENT FUNDS AND LATE PAYMENT CHARGES

The company reserves the right to impose a fee for any premium payment that is unable to be processed due to non-sufficient funds, if there are non-sufficient funds in an account that is being utilized for electronic funds transfer (EFT) payments, or if the premium is not paid by the due date. This is under the terms and conditions approved where required by the Department of Insurance.

If the initial premium payment for this policy is unable to be processed due to non-sufficient funds as indicated above, we reserve the right to void the policy back to the date of inception. When we void the policy, we will not be liable for any claims that occurred during the policy period. This includes any claims reported to us prior to receiving notice of the non-sufficient funds payment.

## APPLICABLE CONTRACT LAW

The contract law of the state where the policy was issued governs the interpretation of this contract, except for the Mutual Policy Conditions, which shall be governed by the insuring company's state of domicile.

## INTEREST RATE

If a court determines that interest on judgment, decree or order for the payment of money is required by law on amounts due and payable under the policy to an **insured**, or if it is otherwise determined by us that you are entitled to interest on a payment from us, it will be paid at a rate of two percent per annum, unless another rate is required by law.

## BENEFITS

Subject to applicable eligibility rules, it is agreed that **Nationwide**, or an organization that **Nationwide** has contracted with for this purpose, may:

**A.** Provide **participants** the opportunity to obtain benefits, such as memberships, merchandise, services, seminars, coupons, points, vouchers, gift cards and other things; or

**B.** Make charitable contributions in recognition of **participants**; and

**C.** Modify or discontinue Benefits at any time without notice.

**B 9000 04 18**                                                 **Page 24 of 26**

*Includes copyrighted material of Insurance Services Office, Inc. with its permission.*



The following terms, as defined, are applicable to Benefits:

**A.** "PARTICIPANTS" means you, or others related by blood, marriage or other legally recognized familial relationship living in the participant's household.

**B.** "NATIONWIDE" means the company issuing this policy as listed in the **Declarations** and all affiliated companies.

## MUTUAL POLICY CONDITIONS

The following provisions are applicable only to policies issued by Nationwide Mutual Insurance Company or Nationwide Mutual Fire Insurance Company:

**Nationwide Mutual Insurance Company (Mutual Policy Conditions)** — If this policy is issued by Nationwide Mutual Insurance Company, the first named insured is a member of the Company while this policy or any other policy issued by the Company is in force. While a member, the first named insured is entitled to one vote only — regardless of the number of policies issued by the Company to the first named insured — either in person or by proxy at any meeting of the members of the Company.

The annual meeting of members of Nationwide Mutual Insurance Company will be held at the Company's home office in Columbus, Ohio, at 10:00 a.m. (Eastern) on the first Thursday of April. If the Board of Directors of the Company should elect to change the time or place of such meeting, the Company will mail notice of the change to the member at the address last known to it. The Company will mail this notice at least 10 days in advance of the meeting date.

**Nationwide Mutual Fire Insurance Company (Mutual Policy Conditions)** — If this policy is issued by Nationwide Mutual Fire Insurance Company, the first named insured is a member of the Company while this policy or any other policy issued by the Company is in force. While a member, the first named insured is entitled to one vote only — regardless of the number of policies issued by the Company to the first named insured — either in person or by proxy at any meeting of the members of the Company.

The annual meeting of members of Nationwide Mutual Fire Insurance Company will be held at the Company's home office in Columbus, Ohio, at 9:30 a.m. (Eastern) on the first Thursday of April. If the Board of Directors of the Company should elect to change the time or place of such meeting, the Company will mail notice of the change to the member at the address last known to it. The Company will mail this notice at least 10 days in advance of the meeting date.

This policy is non-assessable, meaning it is not subject to any assessment beyond the premiums required for each policy term.

*Includes copyrighted material of Insurance Services Office, Inc. with its permission.*



**IN WITNESS WHEREOF:** The company listed in the Declarations has caused this policy to be signed and countersigned as may be required by a duly authorized representative of the company.

**President**
ALLIED Property and Casualty Insurance Company
AMCO Insurance Company
Colonial County Mutual Insurance Company
Harleysville Insurance Company of New Jersey
Nationwide Affinity Insurance Company of America
Nationwide Assurance Company
Nationwide General Insurance Company
Nationwide Insurance Company of America
Nationwide Mutual Insurance Company
Nationwide Property and Casualty Insurance Company
Titan Insurance Company

**Secretary**
ALLIED Property and Casualty Insurance Company
AMCO Insurance Company
Colonial County Mutual Insurance Company
Crestbrook Insurance Company
Depositors Insurance Company
Harleysville Insurance Company of New Jersey
Nationwide Affinity Insurance Company of America
Nationwide Agribusiness Insurance Company
Nationwide Assurance Company
Nationwide General Insurance Company
Nationwide Insurance Company of America
Nationwide Mutual Insurance Company
Nationwide Property and Casualty Insurance Company
Titan Insurance Company

**President**
Nationwide Agribusiness Insurance Company

**President**
Depositors Insurance Company

**President**
Crestbrook Insurance Company

*Includes copyrighted material of Insurance Services Office, Inc. with its permission.*
*Nationwide, the Nationwide N and Eagle and Nationwide is on your side are service marks of Nationwide Mutual Insurance Company. © 2015 Nationwide*

**Nationwide®**
is on your side

B 9147 04 18

# SPECIAL PROVISIONS — WEST VIRGINIA

Coverage is subject to all terms and conditions of the policy except as changed by this endorsement.

## DEFINITIONS

The **DEFINITIONS** section is amended as follows:

Definition **D.** is replaced by the following:

**D.** "BODILY INJURY" means bodily harm, sickness or disease, including death that results from an accident. **Bodily injury** does not include emotional distress, mental anguish, humiliation, mental distress or injury, or any similar injury unless the direct result of bodily harm.

## PART A — LIABILITY COVERAGE

If the **Declarations** indicates Liability Coverage applies, the following is amended:

## COVERAGE EXCLUSIONS

Exclusion **H.4.** is replaced by the following:

**H. Bodily Injury:**

   **4.** Arising directly or indirectly from the inhalation of or ingestion of any fungi, algae, lichens, slime, mold, bacteria, wet or dry rot and any by-products of these organisms, however produced. Fungi as used above include, but are not limited to: yeasts, mold, mildew, rust, smuts or fleshy fungi such as mushrooms, puffballs and coral fungi.

## PART C — UNINSURED/UNDERINSURED BOATERS COVERAGE

If the **Declarations** indicates Uninsured/Underinsured Boaters Coverage applies, the following is amended:

## ADDITIONAL DEFINITIONS APPLICABLE TO THIS COVERAGE

The definition for "UNINSURED WATERCRAFT" is replaced by the following:

**B.** "UNINSURED WATERCRAFT" means:

   **1.** A **watercraft** with no valid or collectible liability insurance for **bodily injury**;

   **2.** An unknown **watercraft** that left the scene of an **accident** with an **insured watercraft** before its owner or operator could be identified; or

   **3.** A **watercraft** which is underinsured. This is a **watercraft** that has valid and collectible insurance for **bodily injury**. However, the amount available for payment under that coverage is not enough to pay the full amount the **insured** is legally entitled to recover as damages.

## LIMITS AND CONDITION OF PAYMENTS

Paragraph **D.** is removed.

The **LEGAL ACTION LIMITATIONS** section is replaced by the following:

## LEGAL ACTION LIMITATIONS

Legal action for recovery of uninsured boaters coverage must begin within two years or the time limit allowed for **bodily injury** or death actions in the state where the **accident** occurred, whichever is later.

## PART D — PHYSICAL DAMAGE COVERAGE

If the **Declarations** indicates Physical Damage Coverage applies, the following is amended:

## COVERAGE EXCLUSIONS

Exclusion **C.6.** is removed.

B 9147 04 18

Page 1 of 3

*Includes copyrighted material of Insurance Services Office, Inc. with its permission.*

**Nationwide®**
is on your side

B 9147 04 18

PART F — GENERAL PROVISIONS

The **CANCELLATION** condition is replaced by the following:

**CANCELLATION**

This policy may be cancelled during the policy period as follows:

**A.** The named insured shown in the **Declarations** may cancel by:

   **1.** Returning this policy to us; or

   **2.** Giving us advance written or oral notice of the date cancellation is to take effect.

**B.** We may cancel by mailing notice to the named insured shown in the **Declarations** at the address shown in the policy. Notice must be received:

   **1.** At least 10 days prior to the date cancellation is to take effect if cancellation is for nonpayment of premium for the initial issuance of a policy. However, if payment is not received by us within 10 days of such notice, this policy is void from what would have been the effective date of the policy.

   **2.** When this policy is in effect for 60 days or more, or if this is a renewal or continuation policy and you have not paid the premium, we will cancel by letting you know at least 14 days before the date cancellation is to take effect in all other cases.

   **3.** At least 30 days prior to the date cancellation is to take effect in all other cases.

**C.** After this policy has been in effect 60 days, or if this is a renewal or continuation policy, we will cancel only:

   **1.** If all premiums, premium installment payments, and fees are not paid when due, whether payable directly to us or through any premium finance plan. To cancel for nonpayment, we will mail or deliver notice to the named insured 14 days in advance of termination of coverage.

   **2.** If any **insured** violates any of the terms or conditions of the policy.

   **3.** If the named insured or any insured principal operator loses the right to drive because of suspension, revocation, or expiration of a driver's license.

   **4.** For misrepresentation by the named insured of any material fact in the procurement or renewal of the insurance or by you or a **family member** of yours in the submission of claims.

   **5.** For any other reason permitted by law.

The **NONRENEWAL** condition is replaced by the following:

**NONRENEWAL**

If we elect not to renew this policy, we will mail or deliver written notice to the named insured with 45 days advance notice. Mailing of this notice to the last known address we have on record for the named insured will be considered proof of notice.

The **SUBROGATION** condition is replaced by the following:

**SUBROGATION**

We have the right of subrogation under any coverages in this policy and its endorsements. This means that after paying a **loss** to you or others, under this policy, we will have the **insured's** right to sue for or otherwise recover such **loss** from anyone else who may be liable, except an entity insured by us or an affiliated company for liability for this **loss**.

The following condition is added:

**SEAWORTHINESS REPRESENTATION**

You represent that your **insured watercraft** will be kept in a safe and navigable condition whenever afloat and/or being operated.

B 9147 04 18    Page 2 of 3

*Includes copyrighted material of Insurance Services Office, Inc. with its permission.*



B 9147 04 18

PERSONAL EFFECTS COVERAGE

If the **Declarations** indicates Personal Effects Coverage applies, the following is amended:

Exclusion **H.4.** is removed.

FISHING EQUIPMENT COVERAGE

If the **Declarations** indicates Fishing Equipment Coverage applies, the following is amended:

Exclusion **C.4.** is removed.


This endorsement applies as stated in the policy **Declarations**.

This endorsement is issued by the company shown in the **Declarations** as the issuing company.

*Includes copyrighted material of Insurance Services Office, Inc. with its permission.*
*Nationwide, the Nationwide N and Eagle and Nationwide is on your side are service marks of Nationwide Mutual Insurance Company. ©2015 Nationwide*

 **Nationwide®** is on your side

B 9605 04 18

# ON WATER TOWING COVERAGE

Coverage is subject to all terms and conditions of the policy except as changed by this endorsement.

**ADDITIONAL DEFINITION APPLICABLE TO THIS COVERAGE**

For purposes of this coverage only:

"ON WATER TOWING" means towing or emergency assistance services provided when an **insured watercraft** is disabled while navigating afloat. **On water towing** includes:

1.  Costs for towing the **insured watercraft** to the nearest place of repair; and

2.  Labor costs provided at the place of disablement to enable the **insured watercraft** to resume safe navigation.

**COVERAGE AGREEMENT**

We will reimburse you for costs that you incur for **on water towing** that arise from an **accident** or the disablement of the **insured watercraft**. This coverage does not apply when an **insured watercraft** is docked, moored or located in a safe location. Payment is subject to policy terms, limits and conditions. Payment is not subject to a deductible.

**LIMITS AND CONDITIONS OF PAYMENT**

Our maximum payment per disablement is stated in the **Declarations**. We will not pay for more than two occurrences in each policy term.

This endorsement applies as stated in the policy **Declarations**.

This endorsement is issued by the company shown in the **Declarations** as the issuing company.

B 9605 04 18                                                                                                    Page 1 of 1

*Includes copyrighted material of Insurance Services Office, Inc. with its permission.*
*Nationwide, the Nationwide N and Eagle and Nationwide is on your side are service marks of Nationwide Mutual Insurance Company. ©2015 Nationwide*

 **Nationwide®** is on your side

B 9610 04 18

# VANISHING DEDUCTIBLE

Coverage is subject to all terms and conditions of the policy, including **PART D — PHYSICAL DAMAGE**, except as changed by this endorsement.

**ADDITIONAL DEFINITIONS APPLICABLE TO THIS ENDORSEMENT**

"VANISHING DEDUCTIBLE" means a dollar amount that serves to reduce the Physical Damage Coverage deductibles in this policy.

**VANISHING DEDUCTIBLE**

In the event of a covered **loss** that occurs more than 30 days after the initial inception of this endorsement, we will reduce any applicable deductible under Physical Damage Coverage by the **vanishing deductible** credit amount as shown in the **Declarations**. Your policy can earn a deductible credit amount up to a maximum of $500.

The **vanishing deductible** credit amount will not be greater than any of the applicable deductibles under Physical Damage Coverage as shown in the **Declarations**. There is no cash value earned.

Your **vanishing deductible** cannot be applied to any other policy issued by us.

This endorsement applies as stated in the **Declarations**.

This endorsement is issued by the company shown in the **Declarations** as the issuing company.

B 9610 04 18                                                                                   Page 1 of 1

*Includes copyrighted material of Insurance Services Office, Inc. with its permission.*
*Nationwide, the Nationwide N and Eagle and Nationwide is on your side are service marks of Nationwide Mutual Insurance Company. ©2015 Nationwide*